Timothy Reed, Esq. (242578)
Fredrick Schulman & Associates
30 East 29TH Street
New York, New York 10016
Telephone (212) 796-6053
Fax (212) 951-7379
Email: info@fschulmanlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donna Bowman | Case Number: 2:14-cv-01563 |
| Plaintiff, | NOTICE OF Motion AND MOTION to Withdraw as ATTORNEY OF RECORD; |
| v. | DECLARATION OF TIMOTHY REED |
| Valentine & Kebartas, Inc., | |
| Defendant. | Date: May 6, 2015 |
| | Time: 9:30 a.m. |
| | Ctrm. 6 |

TO THE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on May 6, 2015 at 9:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 6, of the United States District Court for the Eastern District of California, counsel for Plaintiff Donna Bowman, and the individual attorneys from Fredrick Schulman & Associates who have appeared herein (collectively "FSA") will and hereby bring this motion to withdraw as attorney of record. This motion is made pursuant to Local Civil Rule 184(d) on the grounds that Plaintiff has failed to communicate with her attorney and has not responded to attempts to contact her. This motion is based on this notice of motion,

Memorandum of Points and Authorities, the papers and records on file herein, and on such other oral and documentary evidence that may be presented at the hearing of the matter.

**NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**

If this motion to withdraw as counsel is granted, you will not have an attorney representing you. You may wish to seek legal advice. If you do not have a new attorney to represent you in this action or proceeding, you will be representing yourself as an individual. It will be your responsibility to comply with all court rules and applicable laws. If you fail to do so, or fail to appear at hearings, action may be taken against you, including your case may be dismissed.

If this motion is granted, the client must keep the court informed of the client's current address and phone number.

**NOTICE TO COURT OF CLIENT'S CURRENT ADDRESS AND PHONE NUMBER**

Plaintiff Donna Bowman's address is PO Box 6441, Stockton, CA 95206; phone number 209-244-4216.

Dated:   March 11, 2015

                                     Respectfully Submitted,

                                     <u>/s/ Timothy Reed</u>
                                     Timothy Reed, Esq.

<u>MEMORANDUM OF LAW IN SUPPORT OF MOTION TO WITHDRAW AS PLAINTIFF COUNSEL</u>

**BACKGROUND**

Ms. Bowman retained Fredrick Schulman & Associates ("FSA") to represent her on claims against Defendant Valentine & Kebartas, Inc,. ("Defendant") for violations of the Fair Debt Collection Practices Act. The above-captioned case was initiated on July 2, 2014. Defendant has not filed an answer. However, the parties have engaged in discussions in an attempt to resolve this matter. Ms. Bowman has not returned any of FSA's phone calls and has not responded to any of FSA's emails or letters since at least December 2014. FSA has attempted to relay information communicated by Defendant to Plaintiff numerous times. On February 19, 2015, FSA mailed Ms. Bowman a warning letter that it may have to withdraw as counsel due to its inability to effectively communicate with her. A letter noting the same was also mailed on February 24, 2015 and March 2, 2015. A final warning letter was mailed on March 9, 2015. FSA has also left several voicemail messages for Ms. Bowman and sent several emails. To date, Ms. Bowman has not responded. Ms. Bowman has failed to communicate with her attorney resulting in a breakdown in attorney-client relationship.

**THE LAW LIBERALLY ALLOWS FOR ATTORNEYS TO WITHDRAW AS COUNSEL**

"An attorney who has appeared may not withdraw…without leave of court." E.D.C.A. Local Rule 184(d). The court may grant withdrawal of counsel if a client "renders it unreasonably difficult" for an attorney to effectively carry out employment. Cal. Rule Prof. Conduct 3–700(C)(1)(d). Here, satisfactory reasons plainly exist and withdrawal, thus, should be permitted. FSA has not been able to communicate with Ms. Bowman. As a result, FSA's ability to represent Ms. Bowman is severely limited. Ms. Bowman has failed to respond to FSA's

phone calls, emails, or letters since at least December 2014. This alone is sufficient basis to permit withdrawal. See Lewis v. Nevada Cnty., No. CIV S-07-1653 FCD/EF, 2009 WL 463510 (E.D. Cal. Feb. 23, 2009) (permitting withdrawal where among other things the client has failed to communicate with counsel).

## Conclusion

Due to the foregoing reasons, the motion to withdraw as attorney of record should be granted.

Dated: March 11, 2015

                Respectfully Submitted,

                /s/ Timothy Reed
                Timothy Reed, Esq.

**DECLARATION OF TIMOTHY REED**

I, Timothy Reed, declare as follows:

1. I am an attorney at law duly licensed to practice before the Eastern District of California and I am as of today's date the attorney of record for Plaintiff.

2. I have knowledge of the facts pertaining to this action and I am competent to testify as to the matters stated herein and if called as a witness would and do hereby competently testify to the following facts.

3. Plaintiff has failed to communicate with me causing a breakdown in the attorney-client relationship.

4. On February 19, 2015, counsel for Plaintiff mailed Ms. Bowman a warning letter that it may have to withdraw as counsel due to its inability to effectively communicate with her.

5. A letter noting the same was also mailed on February 24, 2015 and March 2, 2015.

6. A final warning letter was mailed on March 9, 2015.

7. FSA has also left several voicemail messages for Ms. Bowman and sent several emails which Ms. Bowman has failed to respond to.

8. I have informed my client of this motion by mail to her last known address of PO Box 6441, Stockton, CA 95206.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 11, 2015

                                             Respectfully Submitted,

                                             <u>/s/ Timothy Reed</u>
                                             Timothy Reed, Esq.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Motion to Withdraw as Attorney of Record* was filed via the electronic case filing system of the United States District Court for the Eastern District of California and, accordingly, that the Court will send notice of this filing electronically to Defendant's counsel of record.

The undersigned further certifies that a copy of the foregoing papers were mailed this day via first class mail to:

Donna Bowman
PO Box 6441
Stockton CA 95206

Dated: New York, New York
　　　　March 11, 2015

　　　　　　　　　　　　　　　　　　　　　　　*/s/Lanee Sanders*
　　　　　　　　　　　　　　　　　　　　　　　Lanee Sanders