UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA BOWMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VALENTINE & KEBARTAS, INC.,<br><br>　　　　Defendant. | No.  2:14-cv-1563-JAM-KJN PS<br><br><br>ORDER |

　　　　Plaintiff, at that time represented by counsel, commenced this action on July 2, 2014. (ECF No. 1.) However, on May 4, 2015, the district judge granted plaintiff's counsel's motion to withdraw. (ECF No. 14.) In the motion to withdraw, plaintiff's former counsel indicated that plaintiff had not responded to any of his communications since at least December 2014. (ECF No. 12.) Plaintiff's former counsel provided a last-known address for plaintiff, which the Clerk of Court has recorded in the court's records. (Id.) Thereafter, on June 12, 2015, the case was referred to the undersigned pursuant to Local Rule 302(c)(21). (ECF No. 15.)

　　　　In light of the above, it is unclear whether plaintiff still wishes to proceed with the action. Accordingly, IT IS HEREBY ORDERED that:

　　　　1. No later than July 2, 2015, plaintiff shall file a brief statement indicating whether or not she intends to proceed with the action, and if so, whether she needs a brief period

1

of time to obtain new counsel. If plaintiff no longer wishes to proceed with the action at this time, she may instead file a notice of voluntary dismissal of the action without prejudice no later than July 2, 2015.

2. Failure to timely respond to this order will be deemed to be plaintiff's consent to dismissal of the action, and will result in a recommendation of dismissal pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated:  June 15, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE