## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DONNA BOWMAN,**

CASE NO: **2:14–CV–01563–JAM–KJN**

v.

**VALENTINE &AMP; KEBARTAS, INC.,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/20/15**

**Marianne Matherly**
Clerk of Court

ENTERED:  **August 20, 2015**

by: /s/ A. Kastilahn_____
Deputy Clerk